# United States District Court
## Middle District
### Fort Myers Division

Jessie Lozano Pro-se

"Sheriff Bill Prummell Jr.
Chaplain Kevin Wilson
Chaplain Bruce Rezenguta
Aramark Inc.
Charlotte Canty Jail Kitchen Manager

Case No: _____

## CIVIL COMPLAINT
### Religious Rights Violation Antisemetic Treatment
#### Emergency Petition

Now Comes Now Jessie Lozano Pro-se to this Honorable court asking that it intervene, an put a temporary injunction on the above stated officials, contact the FBI to report ANTISEMETIC treatment while I have been forced to eat half portions of kosher meals, as I am a Messianic Jew. I have been forced to eat FROZEN Fruits, Dirty Lettic and now food that is NOT Kosher. Prepair in a "unapproved manner NOT approved or overseen by RABBI for I have not seen an updated Kosher Meal menu. I have put in Requests to administration. grievances and jail detective request and have asked to speak to detective Stealey an Acebo to file a report of Antisemetic Treatment and have been ignored and the treatment has gotten worse. I was not allowed to celebrate

(1)

## Continued

Passover and when I seek chaplain conseling Im ignored chaplain won't even help in this religious matter responding with sorry for the inconvieniance after I begged him to please go see kitchen about this treatment in accordance with Florida Administrative Code rule 33-503.001(14)(a)(c)(1)-(3); Chaplain(s) are part of Aramark Cantey Commission therefore denys me (SEE: Florida Statue 951.23(9)(d)) to see that Chaplain Kevin Wilson and Bruce Rizenga are part of Aramark and withholding Kosher Meal funds Armark being 3rd Party Kitchen Vendor their making me suffer making a living off my misery dropped weight. Unable to excersise as before do to 800-1340 calories per day Since March 27, 2026. I was 170 dropped to 160 pounds in weight go thru hunger pains FCJ Staff furthers the treatment not doing anything No incident reports made via Zurcher (SEE: Charlotte County Sherriffs Office Response Tabitha Poulton or Major Barber NOT reporting anything PRP-2026-4639; PRP-2026-4916; PRP-2026-4765; PRP-2026-5131; PRP-2026-5327)

1) PRP-2026-4639 Legal Materials Denied Retaliation.
2) PRP-2026-4765 Legal Materials Denied/ Retaliation
3) PRP-2026-4916 Legal Materials Denied/ Retaliation
4) PRP-2026-5131 AntiSemetic Report Not reported Retaliation
5) PRP-2026-5327 - AntiSemetic Report not reported Retaliation

(2)

# Conclusion

I ask this court to call for a standard of review to see All security Serviellance of Kitchen. F-2 Pod; cameras and Pod officer Body cameras; Florida Master Menu; Dietition Expert witness; All Request and Grievances along with Jail Detective Request; and all federal and State Kosher Meal funding and All funds from these defendants banking to see what funds are being Embezzled therefore the FBI can get involved do to eminent DANGER I am in because of the possible crimes of embezzlements. and once proven I ask for a Sum of $ 250,000 and they pay all court and attorney fees either in this court or Arbitrary. Let it be noted this is a Hate Crime and must be reviewed immediately Please dont let me suffer more... How many inmates does this court Not hear and ignore you knowing Law expecting pro-se litegant to know Law and pass hurdles, hoping Legal mail doesnt get intercepted and destroyed because this court ignores and everts to much just to ignore us. ? Please Help Dont over look and deny.

(3)

<u>Certifacat of Service</u>

I hereby certify that a true and correct copy of the forgoing has been furnish Via US Postel Service hand delivered on the following: US Federal Court House Muddle District @ 2110 First Street, Fort Myers, Florida 33901; US Attorney General Office @ 950 Pennsilvania Avnue Washington D.C. 20530; Charlotte County Clerk of Court Criminal Division @ 350 East Marion Avenue, Punta Gorda, Florida 33950; Florida Attorney General Office @ 3507 East Frontage Avenue, Suit 200, Tampa Florida     ; On this 20th day of April 2026.

Jessie Lozano  JCA#160369
26601 Airport Road
Punta Gorda, Florida 33982
Email: j.lozano12693@icloud.com

(4)