UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JESSIE LOZANO,

     Plaintiff,

v.                                                          Case No.   2:26-cv-1302-KCD-DNF

SHERIFF BILL PRUMMELL, JR.
et al.,

     Defendants.

_____/

### **ORDER**

Before the Court is Plaintiff Jessie Lozano's *pro se* civil rights complaint. (Doc. 1.) He generally complains that the food at the Charlotte County Jail does not conform with his religious beliefs. (*Id.*) Lozano has not paid the filing fee and presumably seeks to proceed *in forma pauperis*. Because he is barred from doing so under 28 U.S.C. § 1915(g), the Court dismisses this action without prejudice.

Under § 1915(g), a prisoner cannot proceed *in forma pauperis* if "on 3 or more prior occasions, while incarcerated or detained in any facility, [he] brought an action or appeal in a [federal] court . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief can be granted[.]" 28 U.S.C. § 1915(g); *see Lomax v. Ortiz-Martinez*, 140 S. Ct. 1721, 1723 (2020) ("To help staunch a 'flood of nonmeritorious' prisoner litigation, the Prisoner Litigation Reform Act of 1995 (PLRA) established what

has become known as the three-strikes rule." (citation omitted)). And the "dismissal of a suit for failure to state a claim counts as a strike, whether or not with prejudice." *Id.* at 1727.

The Court takes judicial notice of four prior federal lawsuits from Lozano, each of which was filed before this case and qualifies as a strike: (1) MDFL Case No. 2:20-cv-448-JLB-MRM (frivolous and failure to state a claim); (2) MDFL Case No. 2:20-cv-932-JES-NPM (failure to state a claim); (3) MDFL Case No. 2:22-cv-435-JES-NPM (frivolous); and (4) Appeal No. 22-12667 (11th Cir.) (frivolous). Lozano is not exempt from § 1915(g)'s three-strikes rule, as the instant complaint does not allege that he is in imminent danger of serious physical injury. *Mitchell v. Nobles*, 873 F.3d 869, 872 (11th Cir. 2017).

The Court thus dismisses the complaint without prejudice. If Lozano wishes to pursue his claims, he must file a new complaint—under a new case number—and pay the filing fee.

Accordingly, it is **ORDERED:**

1. Jessie Lozano's complaint (Doc. 1) is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g).

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close this case.

**ORDERED** in Fort Myers, Florida on April 27, 2026.

Kyle C. Dudek
United States District Judge

2